# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANELLE HARNESS; ZIONNAH SMARR, THROUGH HER GUARDIAN AD LITEM; AND BRAYDEN SMARR, THROUGH HIS GUARDIAN AD LITEM<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL; UNKNOWN OFFICER DOE 1; UNKNOWN OFFICER DOE 2; AND DOES 3 THROUGH 25, INCLUSIVE,<br><br>Defendants. | Case No. 1:19-cv-01451-LJO-EPG<br><br>ORDER APPROVING STIPULATION FOR EXTENTION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>(ECF NO. 5) |

On October 30, 2019, the parties filed a stipulation agreeing to an extension up to and including November 18, 2019, for Defendants to file a response to Plaintiff's First Amended Complaint.

The Court has reviewed the stipulation and finds good cause for same. Accordingly, IT IS HEREBY ORDERED that Defendants shall have up to including November 18, 2019, to respond to Plaintiffs' First Amended Complaint.
IT IS SO ORDERED.

Dated: **October 31, 2019**      /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1

2